IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUSSELL B. CANFIELD,<br>    Plaintiff, | )<br>) | |
| vs. | ) | No. 3:05-CV-1828-D |
| | ) | |
| BAYLOR MEDICAL CENTER,<br>    Defendant. | )<br>) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge and plaintiff's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Amended Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SIGNED August 23, 2006.**

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE